# JACKSON WHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors and Debtors in Possession
By:      Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **No. 2:09-bk-11550-EWH** |
| PATRICK DAVIS,<br>VALNELL DAVIS, | **Ballot Report and Certificate of Service** |
| Debtors. | Assigned to:  Honorable Eileen W. Hollowell |

Patrick Davis and Valnell Davis, Debtors and Debtors-in-Possession, provide their ballot report pursuant to Local Rule 3018-1(c).

## I.        Tally of Ballots Received

Attached hereto at Exhibit A is a tally of the votes received, by class.  As there shown, every class which voted accepted the plan proposed by Debtors.

Classes 1, 2, 3, and 8 consented to the Plan by Stipulation.

Class 4 did not vote.

Class 5 was comprised of a single holder of a claim potentially secured by a second position mortgage, but only "to the extent allowed as a secured claim."  The Disclosure Statement included Debtors' assertion that the claim was wholly unsecured, and its intention to file a motion to value the secured claim at $0.00.  (Doc 56, p. 16.)  After notice, this Court granted Debtors' motion, valuing the claim at $0.00 secured and $22,052.00 unsecured.  (Doc 97).  On February 25, 2011, Debtors gave additional notice of the disposition and opportunity to object.  (Doc 190, p. 2, lns. 16-22.)  No objection has been received to either the valuation or to the proposed plan treatment.  The holder of this Class 5 claim is entitled to treatment as an

unsecured claimant under Class 8, but is not to receive or retain any property under the plan on account of the Class 5 claim and lien. Accordingly, it is deemed not to have accepted the plan under Section 1126(g).

Class 6 was comprised of a single holder of a claim formerly secured by a first position mortgage, but only "to the extent allowed as a secured claim." The Disclosure Statement included Debtors' assertion that the claim was neither secured nor allowable as an unsecured claim because the holder obtained relief from the automatic stay and foreclosed Debtors' interest. The Disclosure Statement also disclosed Debtors' intention to file a motion to that effect. (Doc 56, pp. 17-18.) After notice, this Court granted Debtors' motion, valuing the claim at $0.00 secured and $0.00 unsecured. (Doc 123). Accordingly, the holder of this claim is not to receive or retain any property under the plan on account of the Class 6 claim and lien, and is deemed not to have accepted the plan under Section 1126(g).

Class 7 is unimpaired and is deemed to have accepted the Plan under Section 1126(f).

Class 9 is comprised of Debtors, who as plan proponents are deemed to consent to the Plan.

Thus, Classes 1, 2, 3, 7, 8 and 9 accepted the Plan by the ratios required by 11 U.S.C.A. § 1126, or are deemed to have the Plan. The only classes which did not consent are Class 4, 5 and 6, which cast no ballot. No creditor or interest holder voted against the Plan.

## II.     List of Creditors and Equity Security Holders Filing Acceptances or Rejections

Attached hereto at Exhibit B is a list of all creditors and equity security holders who have filed acceptances of the Plan, or who are deemed to have accepted or rejected the Plan. Copies of the acceptances, by either ballot or stipulation, are attached hereto at Exhibits C-E.

## III.    Ballots Received After the Due Date

Classes 1, 2, 3, 8 consented to the Plan by stipulation after the balloting deadline and after resolving objections detailed below. Copies of the stipulations are attached hereto at Exhibits C-E.

## IV.    Report of Objections

The following are the objections which have been filed in this matter, together with a description of their disposition:

1.    An objection by OneWest Bank, FSB ("OneWest"), with respect to Class 1, filed on August 12, 2010 (Doc 88). That objection was resolved by stipulation (Doc 113), approved on March 28, 2011 (Doc 126) after motion (Doc 114) and notice (Doc 115).

2.    An objection by OneWest Bank, FSB ("OneWest"), with respect to Class 2, filed on December 16, 2010 (Doc 106). That objection was resolved by stipulation (Doc 128), approved on April 29, 2011 (Doc 152) after motion (Doc 129) and notice (Doc 130).

3.    An objection by Consumer Solutions 3, LLC ("Consumer Solutions"), with respect to Class 3, filed on January 21, 2011 (Doc 107). That objection was resolved by stipulation (Doc 155). Debtors have filed a motion for approval of this stipulation (Doc 156) and have provided notice that they seek its approval on shortened notice at the confirmation hearing (Doc 157-158).

No other objections to confirmation have been filed or received.

## V.    Cramdown Request

Class 4 failed to cast a ballot and Classes 5 and 6 are deemed to have rejected the Plan. Debtors request the Court to proceed to confirmation under Section 1129(b).

## VI.    Certificate of Service of Disclosure Statement, Ballots, and Confirmation Hearing

Debtors provided notice of the initial confirmation hearing. (Doc 78; *see also* Exhibit F hereto.) Debtors also circulated the Disclosure Statement and Plan to all creditors and interest holders, together with ballots for each class. (Doc 56, the Disclosure Statement; *see also* Exhibit G hereto, showing page 4 of the Disclsoure Statement as served, with objection and balloting deadlines; Exhibit H hereto, showing the form of ballots served; Exhibit I hereto, showing service of the Disclosure Statement and ballots). The only objections received are those described in part IV.

After receipt of those objections, the Court set an evidentiary hearing for February 25, 2011. (Docs 101, 102.) When the evidentiary hearing was continued to April 1, 2011 (Docs

| | |
|---|---|
| 1 | 112, 116), Debtors provided notice to all creditors and interested parties (Doc 120, 122). The |
| 2 | Notice detailed the objections to confirmation and valuation which had been received to date, |
| 3 | and stated that "[a]ny creditor or party in interest which contends that further objection is timely |
| 4 | should file and serve the objection on or before March 25, 2011," seven days before the |
| 5 | rescheduled contested confirmation hearing. (Doc 120.) When the confirmation hearing was |
| 6 | subsequently continued, Debtors again provided notice of the orders. (Docs 133, 135; 147, 148.) |
| 7 | No new objections have been received, nor has any other party disclosed witnesses and exhibits |
| 8 | for the May 26, 2011 confirmation hearing. |
| 9 | |
| 10 | DATED this 20th day of May, 2011. |
| 11 | JACKSON WHITE |
| 12 | /s/ Kelly G. Black |
| 13 | Attorneys for Debtors and Debtors in Possession By: Kelly G. Black, No. 016376 |

Copies served this same date by email to:

MICHAEL W. CHEN and MARTY G. BAKER on behalf of Creditor Consumer Solutions 3, LLC, c/o Nationstar Mortgage, LLC
yylagan@ccfirm.com;mrosales@ccfirm.com;jcraig@ccfirm.com; m.baker@hopplawfirm.com

JEREMY T. BERGSTROM on behalf of Creditor DOWNEY SAVINGS AND LOAN ASSOCIATION
Mbergstrom@mileslegal.com

HILARY B. BONIAL on behalf of Creditor Nationstar Mortgage
notice@bkcylaw.com

KEVIN HAHN on behalf of Creditor OneWest Bank, FSB
kevin@mclaw.org, ernest@mclaw.org

JESSICA R. KENNEY on behalf of Creditor OneWest Bank FSB, its assignees and/or successors
jkenney@mhlevine.com, MSilverman@mhlevine.com;twills@mccarthyholthus.com

MATTHEW A. SILVERMAN on behalf of Creditor OneWest Bank FSB, its assignees and/or successors
matthew.silverman@azbar.org, twills@McCarthyHolthus.com

JASON 1 SHERMAN on behalf of Creditor OneWest Bank FSB, its assignees and/or successors
ECFNotices@logs.com

TODD SHERIDAN on behalf of Creditor ARIZONA DEPARTMENT ECONOMIC SECURITY, CHILD SUPPORT ENFORCEMENT
cse.lccl@azag.gov

1   CHRISTOPHER J PATTOCK on behalf of U.S. Trustee U.S. TRUSTEE
2   Christopher.J.Pattock@usdoj.gov

3
    /s/ Kelly G. Black_____
4   23061-001\380075.docx

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| CASE NAME | Patrick Davis and Valnell Davis | | CASE NUMBER | 2:09-bk-11550-EWH |
|---|---|---|---|---|
| | | | BALLOT REPORT | |
| ACCEPTED BY ALL CLASSES? | No | | HEARING DATE | Thursday, May 26, 2011 |
| CONSENTING IMPAIRED CLASS? | Yes | | | |

| | | # Cast | # Accepting | # Rejecting | $ Cast | $ Accepting | $ Rejecting |
|---|---|---|---|---|---|---|---|
| CLASS 1  Accepts? | Yes | 1 | 1 | 0 | 492,564.40 | 492,564.40 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | Yes | 1 | 1 | 0 | 492,564.40 | 492,564.40 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| CLASS 2  Accepts? | Yes | 1 | 1 | 0 | 169,104.22 | 169,104.22 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | Yes | 1 | 1 | 0 | 169,104.22 | 169,104.22 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| CLASS 3  Accepts? | Yes | 1 | 1 | 0 | 435,000.00 | 435,000.00 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | Yes | 1 | 1 | 0 | 435,000.00 | 435,000.00 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| CLASS 4  Accepts? | None Voting | 0 | 0 | 0 | - | - | - |
| | | | None Voting | | | None Voting | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | None Voting | 0 | 0 | 0 | - | - | - |
| | | | None Voting | | | None Voting | |
| CLASS 5  Accepts? | No | 1 | 0 | 1 | 1.00 | - | 1.00 |
| | | | 00.0% of Number | | | 00.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | No | 1 | 0 | 1 | 1.00 | - | 1.00 |
| | | | 00.0% of Number | | | 00.0% of Amount | |
| CLASS 6  Accepts? | No | 1 | 0 | 1 | 1.00 | - | 1.00 |
| | | | 00.0% of Number | | | 00.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | No | 1 | 0 | 1 | 1.00 | - | 1.00 |
| | | | 00.0% of Number | | | 00.0% of Amount | |
| CLASS 7  Accepts? | Yes | 1 | 1 | 0 | 347.00 | 347.00 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? | No | | | | | | |
| Non-Insiders Accept? | No | 1 | 1 | 0 | 347.00 | 347.00 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| CLASS 8  Accepts? | Yes | 2 | 2 | 0 | 107,345.57 | 107,345.57 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | Yes | 2 | 2 | 0 | 107,345.57 | 107,345.57 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| CLASS 9  Accepts? | Yes | 2 | 2 | 0 | 2.00 | 2.00 | - |
| | | | 100.0% of Number | | | 100.0% of Amount | |
| Impaired? | Yes | | | | | | |
| Non-Insiders Accept? | None Voting | 0 | 0 | 0 | - | - | - |
| | | | None Voting | | | None Voting | |

# Exhibit B

| Name | Insider | Class | Ballott Amount | Scheduled Amount | POC Amount | Claim for Voting | Vote |
|---|---|---|---|---|---|---|---|
| OneWest Bank, FSB | No | 1 | 492,564.40 | | 492,564.40 | 492,564.40 | Accepts |
| OneWest Bank, FSB | No | 2 | 169,104.22 | | 169,104.22 | 169,104.22 | Accepts |
| Consumer Solutions 3, LLC | No | 3 | 435,000.00 | | 435,000.00 | 435,000.00 | Accepts |
| Bank of America, NA (deemed rejection) | No | 5 | 1.00 | | 1.00 | 1.00 | Rejects |
| Downey S&L (deemed rejection) | No | 6 | 1.00 | | 1.00 | 1.00 | Rejects |
| Arizona DES (deemed acceptance) | No | 7 | 347.00 | | 347.00 | 347.00 | Accepts |
| OneWest Bank, FSB | No | 8 | 26,906.57 | | 26,906.57 | 26,906.57 | Accepts |
| Consumer Solutions 3, LLC | No | 8 | 80,439.00 | | 80,439.00 | 80,439.00 | Accepts |
| Patrick Davis | Yes | 9 | 1.00 | | 1.00 | 1.00 | Accepts |
| Valnell Davis | Yes | 9 | 1.00 | | 1.00 | 1.00 | Accepts |

# Exhibit C

# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors and Debtors in Possession
By:    Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | No. 2:09-bk-11550-EWH |
| PATRICK DAVIS,<br>VALNELL DAVIS, | **Stipulation Regarding Secured Claim and Confirmation** |
| Debtors. | Assigned to: Honorable Eileen W. Hollowell |

The undersigned, representing Patrick and Valnell Davis, debtors and debtors-in-possession ("Debtors"), and OneWest Bank, FSB ("OneWest") stipulate as follows:

### Recitals

1.     OneWest asserts a claim secured by a first position deed of trust on the real property located at 602 E. Missouri Ave., Phoenix, Arizona 85012 and more fully described as follows:

> LOT 1, OF MISSOURI ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED BOOK 83 OF MAPS, PAGE 49.

2.     The mortgage was originally recorded on April 18, 2007 in Maricopa County at 2007-0452420. The Deed of Trust identifies IndyMac Bank, FSB as the beneficiary.

3.     OneWest represents and warrants that it is the holder of the claim and of the note secured by the above-described mortgage.

4.     On May 17, 2010, Debtors filed a Plan of Reorganization (the "Plan") (Doc 55) and a Disclosure Statement (Doc 56). OneWest objected to the Plan on August 12, 2010 (Doc 88).

**Stipulation**

5.     The above-described claim of OneWest shall be allowed as a fully secured claim in the amount of $492,564.40.

6.     Paragraph 4.01 of the Plan shall be deemed amended to provide as follows:

4.01   Class 1.     The secured claim of OneWest Bank, FSB, allowed in the amount of $492,564.40 and secured by a first position deed of trust on the real property located at 602 E. Missouri Ave., Phoenix, Arizona 85012.

This claim and lien shall be modified as follows:

*Interest.* Interest at the annual rate of 5.5% shall accrue on $430,781.23 of this claim, representing the original $417,000 principal balance, plus the $12,423.49 in escrow advances and the $1,357.74 in "other charges." This portion of the claim shall be referred to hereafter as "principal," and shall bear interest at the annual rate of 5.5%. The remaining $61,783.17 represents accrued interest and shall not bear interest.

*Plan Years One to Ten.* For the first ten years, beginning on the effective date, Debtors shall make 120 monthly payments of $2,447.42, which shall be applied as principal and interest payments at 5.5% annual interest on the unpaid balance of the principal portion of the allowed secured claim.

*Plan Years Eleven to Twenty Eight.* For the next eighteen years, Debtors shall make 216 monthly payments of $2,598.31, which shall be applied as principal and interest payments at 5.5% annual interest on the remaining unpaid balance of the principal portion of the allowed secured claim.

*Plan Years Twenty Nine to Thirty.* For the next two years, Debtors shall make 23 monthly payments of $2,598.31 and one payment of $2,022.79, which shall satisfy the accrued interest portion of the allowed secured claim.

In addition to the above payments, the Davises shall pay taxes and insurance as they accrue through escrow [or outside of escrow].

Debtor will have the right to repay this secured claim without penalty at any time.

This class is impaired.

7.     OneWest consents to the plan of reorganization and withdraws its objection dated August 12, 2010 (Doc 88).

DATED this 23 day of February, 2011.

JACKSON WHITE, P.C.

Attorneys for Debtors and Debtors in Possession
By: Kelly G. Black, No. 016376

MALCOLM CISNEROS, A Law Corporation

Attorneys for OneWest Bank, FSB
By: Kevin Hahn, No. 024277

23061-001\353258.docx

# Exhibit D

# JACKSONWHITE

## ATTORNEYS AT LAW

### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors and Debtors in Possession
By:     Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **No. 2:09-bk-11550-EWH** |
| PATRICK DAVIS,<br>VALNELL DAVIS, | **Stipulation Regarding Secured Claim and Confirmation** |
| Debtors. | Assigned to:  Honorable Eileen W. Hollowell |

The undersigned, representing Patrick and Valnell Davis, debtors and debtors-in-possession ("Debtors"), and OneWest Bank, FSB ("OneWest") stipulate as follows:

### Recitals

1.     OneWest asserts a claim secured by a second position deed of trust on the real property (the "Property") located at 602 E. Missouri Ave., Phoenix, Arizona 85012 and more fully described as follows:

> LOT 1, OF MISSOURI ESTATES, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED BOOK 83 OF MAPS, PAGE 49.

2.     The mortgage was originally recorded on April 18, 2007 in Maricopa County at 2007-0452421. The Deed of Trust identifies IndyMac Bank, FSB as the beneficiary.

3.     OneWest represents and warrants that it is the holder of the claim and of the note secured by the above-described mortgage.

4.     On August 3, 2010, Debtors filed a motion to value the security (Docs 79, 80), to which OneWest objected on September 1, 2010 (Doc 90).

| 1 | 5. On May 17, 2010, Debtors filed a Plan of Reorganization (the "Plan") (Doc 55) |
| 2 | and a Disclosure Statement (Doc 56). OneWest objected to the Plan on December 16, 2010 (Doc |
| 3 | 106). |

**Stipulation**

6. The Property shall be valued at $620,000.00.

7. The above-described claim of OneWest shall be allowed as a secured claim in the amount of $169,104.22 secured and as an unsecured claim in the amount of $26,906.57.

8. Paragraph 4.02 of the Plan shall be deemed amended to provide as follows:

4.02    Class 2.        The secured claim of OneWest Bank, FSB, allowed in the amount of $169,104.22 and secured by a second position deed of trust on the real property located at 602 E. Missouri Ave., Phoenix, Arizona 85012.

This claim and lien shall be modified as follows:

*Interest.* Interest at the annual rate of 5.25% shall accrue on the principal balance, initially $169,104.22.

*Plan Years One and Two.* For the first two years, beginning on the effective date, Debtors shall make 24 monthly payments of $740.80, which shall be applied as principal and interest payments at 5.25% annual interest on the remaining unpaid principal balance of the allowed secured claim. All payments shall be applied first to interest, then to principal.

*Plan Years Three to Ten.* For the next eight years, Debtors shall make 96 monthly payments of $934.21, which shall be applied as principal and interest payments at 5.25% annual interest on the remaining unpaid principal balance of the allowed secured claim. All payments shall be applied first to interest, then to principal.

*Plan Years Eleven to Twenty Nine.* For the next nineteen years, Debtors shall make 228 monthly payments of $1,013.82, which shall be applied as principal and interest payments at 5.25% annual interest on the remaining unpaid principal balance of the allowed secured claim. All payments shall be applied first to interest, then to principal.

*Lien.* Until payments are completed under this Plan, this class shall maintain its pre-petition lien. Upon payment in full of the payments provided for this class, Debtor shall be entitled to a release of all pre-petition, post-petition and post-confirmation liens.

*Taxes and Insurance.* In addition to the above payments, the Davises shall pay taxes and insurance as they accrue.

*Pre-Payment.* Debtor will have the right to repay this secured claim without penalty at any time.

This class is impaired.

9.     OneWest consents to the plan of reorganization and withdraws its objections dated September 1, 2010 (Doc 90) and December 16, 2010 (Doc 106).

DATED this ____ day of March, 2011.

JACKSON WHITE, P.C.

_____
Attorneys for Debtors and Debtors in Possession
By: Kelly G. Black, No. 016376

MCCARTHY & HOLTHUS, LLP

_____
Attorneys for OneWest Bank, FSB
By: Jessica R. Kenney, Esq. SBN 026615

23061-001\353586.docx

**Exhibit E**

1

# JACKSONWHITE
### ATTORNEYS AT LAW
*A Professional Corporation*

2

3

4  40 North Center Street, Suite 200
   Mesa, Arizona 85201
5  T: (480) 464-1111 F: (480) 464-5692
   Email: centraldocket@jacksonwhitelaw.com
6  Attorneys for Debtors and Debtors in Possession
   By: Kelly G. Black, No. 016376
7

## UNITED STATES BANKRUPTCY COURT
8

## DISTRICT OF ARIZONA
9

10  In re:                                          **No. 2:09-bk-11550-EWH**

11  PATRICK DAVIS,                                  **Stipulation Regarding Secured Claim and**
    VALNELL DAVIS,                                  **Confirmation**
12

13      Debtors.                                    Assigned to: Honorable Eileen W. Hollowell

14      The undersigned, representing Patrick and Valnell Davis, debtors and debtors-in-

15  possession ("Debtors"), and Consumer Solutions 3, LLC ("Consumer Solutions") stipulate as

16  follows:

17                                  **Recitals**

18      1.      Consumer Solutions 3, LLC asserts a claim secured by a first position deed of

19  trust on the real property located at 15628 East Thistle Drive, Fountain Hills, Arizona 85628 and

20  more fully described as follows.

21          LOT 36, BLOCK 2, OF FOUNTAIN HILLS, ARIZONA, FINAL PLAT NO. 602-D,
            ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY
            RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 166 OF
22          MAPS, PAGE 34.

23          EXCEPT ALL MINERALS AS RESERVED UNTO THE UNITED STATES OF
            AMERICA IN PATENT OF SAID LAND RECORDED AS DOCKET 1839, PAGE 426,
24          RECORDS OF MARICOPA COUNTY, ARIZONA.

25          EXCEPT ALL OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL,
            STONE, METALS, MINERALS, FOSSILS AND FERTILIZERS OF EVERY NAME
26          AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM, OR ANY
            OTHER MATERIAL WHICH IS OR MAYBE DETERMINED TO BE PECULIARLY
27          ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER
            OR NOT OF COMMERCIAL VALUE.
28

EXCEPT ALL UNDERGROUND WATER, IN, UNDER OR FLOWING THROUGH SAID LAND AND WATER RIGHTS APPURTENANT THERETO.

2.    The mortgage was originally recorded on July 25, 2008 in Maricopa County at 2008-0648004. The Deed of Trust identifies BankUnited, FSB as the beneficiary. By assignment recorded at 2009-1187671, the mortgage is now held by Consumer Solutions 3, LLC.

3.    Consumer Solutions 3, LLC represents and warrants that it is the holder of the claim and of the note secured by the above-described mortgage.

4.    On August 3, 2010, Debtors filed a motion to value the security (Docs 81, 82), to which Consumer Solutions objected on September 29, 2010 (Doc 94).

5.    On May 17, 2010, Debtors filed a Plan of Reorganization (the "Plan") (Doc 55) and a Disclosure Statement (Doc 56). Consumer Solutions objected to the Plan on January 21, 2011 (Doc 107).

### Stipulation

6.    The claim of Consumer Solutions 3, LLC shall be allowed as a secured claim in the amount of $435,000.00.

7.    Paragraph 4.03 of the Plan shall be deemed amended to provide as follows:

4.03    Class 3.    The secured claim of Consumer Solutions 3, LLC, allowed in the amount of $435,000.00 and secured by a first position deed of trust on the real property located at 15628 East Thistle Drive, Fountain Hils, Arizona 85628.

This claim and lien shall be modified as follows:

*Plan Years One to Thirty.* Beginning on the effective date, Debtors shall make 360 monthly payments of $2,403.46, which shall be applied as principal and interest payments at 5.25% annual interest on the unpaid balance of the allowed secured claim. All payments shall be applied first to interest, then to principal.

*Lien.* Until payments are completed under this Plan, this class shall maintain its pre-petition lien. Upon payment in full of the payments provided for this class, Debtor shall be entitled to a release of all pre-petition, post-petition and post-confirmation liens.

*Taxes and Insurance.* In addition to the above payments, the Davises shall pay taxes and insurance as they accrue.

*Pre-Payment.* Debtor will have the right to repay this secured claim without penalty at any time.

*Loan Modification.* Debtors and Consumer Solutions are exploring the potential for a loan modification. In the event that Debtors and Consumer Solutions agree in

1    writing to a loan modification, the claim of Consumer Solutions 3, LLC shall be treated
2    as provided in the loan modification rather than as provided in this Paragraph 4.03.

          This class is impaired.

3
4    8.      Consumer Solutions 3, LLC consents to the plan of reorganization and withdraws

     its objections dated September 29, 2010 (Doc 94) and January 21, 2011 (Doc 107).

5
6        DATED this 9th day of May, 2011.

7                                                    JACKSON WHITE, P.C.

8                                                    _____ 13 May 2011

9                                                    Attorneys for Debtors and Debtors in Possession
                                                     By: Kelly G. Black, No. 016376

10
11                                                   THE COOPER CASTLE LAW FIRM, LLP

12                                                   _____
13                                                   Attorneys for Consumer Solutions 3, LLC
                                                     By: Michael W. Chen, No. 017967

14

15   _____
     23061-001\352593_3.docx

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                              Page 3

# Exhibit F

**Bankruptcy Mailing Service.com**

9155A E. Broadway

Tucson, AZ 85710

(520) 885-2961

# CERTIFICATE OF SERVICE

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA**

| | |
|---|---|
| ATTORNEY NAME: | Kelly G. Black |
| ADDRESS: | 40 North Center Street, Suite 200 |
| | Mesa, Arizona 85201 |
| PHONE NUMBER: | (480) 464-1111 |

**CASE NO.:**     **2-09-bk-11550-EWH**

**DEBTOR:**     **Davis, Patrick & Davis, Valnell**

| | |
|---|---|
| Date Received: | 7/19/2010 |
| Time Received: | 12:35 PM |
| Total Creditors: | **33** |

The undersigned certifies that on Monday, July 19, 2010 at 12:50:17 PM, I served by prepaid first class mail a copy of:

**NOTICE SETTING HEARING DATE FOR PLAN CONFIRMATION**

**EXHIBIT "A": Order**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on Monday, July 19, 2010, and, if applicable, other interested parties.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump
Bankruptcy Mailing Service.com for
Kelly G. Black

Label Matrix for local noticing
0970-2
Case 2:09-bk-11550-EWH
District of Arizona
Phoenix
Mon Jul 19 12:28:36 MST 2010

ARIZONA DEPARTMENT ECONOMIC SECURITY, CHILD
Arizona Attorney General's Office
1275 W. Washington
Phoenix, AZ 85007-2997

BAC HOME LOAN SERVICING, L.P.
7105 Corporate Drive
Plano, TX 75024-4100

DOWNEY SAVINGS AND LOAN ASSOCIATION
C/O JEREMY T. BERGSTROM
MILES, BAUER, BERSTROM & WINTERS
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052-2704

Nationstar Mortgage
350 Highland Dr.
Lewisville, TX 75067-4177

U.S. BANK N.A.
MILES, BAUER, BERGSTROM & WINTERS, LLP
c/o Jeremy T. Bergstrom, Esq.
2200 Paseo Verde Pkwy., Ste. 250
Henderson, NV 89052-2704

U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-0608

AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK  73124-8809

ARIZONA DEPARTMENT OF ECONOMIC SECURITY
CHILD SUPPORT ENFORCEMENT
TODD SHERIDAN
1275 W. WASHINGTON
PHOENIX, AZ 85007-2926

Az Des Child Support
Po Box 40458
Phoenix AZ 85067-0458

Bac / Fleet Bankcard
Po Box 26012
Greensboro NC 27420-6012

Bank America
Attn: Bankruptcy Dept
475 Crosspoint Parkway
Getzville NY 14068-1609

Bank Of America
4161 Piedmont Pkwy
Greensboro NC 27410-8119

Bank Of America
Attn: Bankruptcy NC4-105-02-77
Po Box 26012
Greensboro NC 27420-6012

Bank of America, NA
c/o C T Corporation System
2394 East Camelback Road
Phoenix, AZ 85016-3429

Bk Of Amer
4161 Piedmont Pkwy
Greensboro NC 27410-8119

Bnkunted Fsb
4350 Sheridan St
Hollywood FL 33021-3556

Consumer Solutions 3, LLC
c/o CT Corporation Systems, Inc, Reg.Agt
100 S 5th Str # 1075
Minneapolis, MN 55402-1265

DOWNEY SAVINGS AND LOAN ASSOCIATION
3501 JAMBOREE ROAD
NEWPORT BEACH, CA 92660-2980

Downey Savings & Loan
3501 Jamboree Rd
Newport Beach CA 92660-2980

Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro NC 27420-6012

INDYMAC FEDERAL BANK, FSB
460 SIERRA MADRE VILLA., SUITE 101
MAIL STOP HS 01-04
PASADENA, CA 91107-2947

IndyMac Bank, FSB
Attn: Michael W. Perry, Chairman and CEO
888 East Walnut Street
Pasadena, CA 91101-1802

Indymac Bank, FSB
7700 W Parmer Ln
Bldg D 2nd Floor
Austin TX 78729-8101

OneWest Bank FSB
C/O McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

OneWest Bank, FSB
Attn: Terrence P. Laughlin, CEO
888 East Walnut Street
Pasadena, CA 91101-1802

OneWest Bank, FSB
c/o William G. Malcolm, Malcolm Cisneros
2112 Business Center Drive
Second Floor
Irvine, CA 92612-7135

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

West Healthcare Receiv
101 Convention Center St
Las Vegas NV 89109-2001

West Healthcare Receivable Management, LLC
c/o West Asset Management, Inc.
P. O. Box 105698
Atlanta, GA 30348-5698

```
JOHN N. SKIBA              KELLY G. BLACK            PATRICK DAVIS
JACKSON WHITE, PC          JACKSON WHITE             4517 WEST VIRGINIA AVENUE
40 NORTH CENTER STREET     40 NORTH CENTER, SUITE 200 PHOENIX, AZ 85035-2239
SUITE 200                  MESA, AZ 85201-7300
MESA, AZ 85201-7300


VALNELL DAVIS
4517 WEST VIRGINIA AVENUE
PHOENIX, AZ 85035-2239




          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)BAC Home Loan Servicing, L.P.   (d)Nationstar Mortgage         End of Label Matrix
7105 Corporate Drive               350 Highland Dr.               Mailable recipients    33
Plano, TX 75024-4100               Lewisville, TX 75067-4177      Bypassed recipients     2
                                                                  Total                  35
```

# Exhibit G

**B.**    *Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing*

The Court has not yet confirmed the Plan described in this Disclosure Statement. This section describes the procedures pursuant to which the Plan will or will not be confirmed.

*1.    Time and Place of the Hearing to Confirm the Plan*

The hearing at which the Court will determine whether to confirm the Plan will take place on August 26, 2010, at 11:00 a.m., in Courtroom 446, at the United States Courthouse, 230 North First Avenue, Phoenix, Arizona 85003.

*2.    Deadline For Voting to Accept or Reject the Plan*

If you are entitled to vote to accept or reject the plan, vote on the enclosed ballot and return the ballot in the enclosed envelope to Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201. *See* section IV.A below for a discussion of voting eligibility requirements.

Your ballot must be received by Monday, August 23, 2010 or it will not be counted.

*3.    Deadline For Objecting to Confirmation of the Plan*

Objections to the confirmation of the Plan must be filed with the Court and served upon Kelly G. Black at 40 N. Center St., Ste. 200, Mesa, AZ 85201 by Monday, August 23, 2010.

*4.    Identity of Person to Contact for More Information*

If you want additional information about the Plan, you should contact Kelly G. Black at 40 N. Center St., Ste. 200, Mesa, AZ 85201, (480) 464-1111.

**C.    Disclaimer**

The Court has approved this Disclosure Statement as containing adequate information to enable parties affected by the Plan to make an informed judgment about its terms.  The Court has not yet determined whether the Plan meets the legal requirements for confirmation, and the fact that the Court has approved this Disclosure Statement does

# Exhibit H

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PATRICK DAVIS,
VANELL DAVIS,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-bk-11550

## CLASS ONE BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class one under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class One claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PATRICK DAVIS,
VANELL DAVIS,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-bk-11550

## CLASS TWO BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692.  Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class two under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Two claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address:       _____
               _____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PATRICK DAVIS,
VANELL DAVIS,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-bk-11550

## CLASS THREE BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class three under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Three claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PATRICK DAVIS,
VANELL DAVIS,
                    Debtors.

Chapter 11 Proceedings

Case No.: 2:09-bk-11550

## CLASS FOUR BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class four under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Four claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PATRICK DAVIS,
VANELL DAVIS,

                          Debtors.

Chapter 11 Proceedings

Case No.: 2:09-bk-11550

### CLASS FIVE BALLOT FOR ACCEPTING OR REJECTING
### PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class five under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Five claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

PATRICK DAVIS,
VANELL DAVIS,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-bk-11550

## CLASS SIX BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692.  Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class six under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Six claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____
_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| PATRICK DAVIS,<br>VANELL DAVIS,<br>     Debtors. | Case No.: 2:09-bk-11550 |

## CLASS SEVEN BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class seven under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Seven claim against the Debtor in the unpaid amount of $_____,

 (Check one box only)

 [ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

     Print or type name: _____

     Signature: _____

     Title (if corporation or partnership) _____

     Address: _____

         _____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:                                         Chapter 11 Proceedings

PATRICK DAVIS,                                 Case No.: 2:09-bk-11550
VANELL DAVIS,
                              Debtors.

## CLASS EIGHT BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Patrick Davis and Valnell Davis, Debtors and Plan Proponents, filed a plan of reorganization dated May 17, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692.  Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class eight under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before August 23, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Eight claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# Exhibit I

**Bankruptcy Mailing Service.com**

9155A E. Broadway

Tucson, AZ 85710

(520) 885-2961

# CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ATTORNEY NAME: | Kelly G. Black |
| ADDRESS: | 40 North Center Street, Suite 200 |
| | Mesa, Arizona 85201 |
| PHONE NUMBER: | (480) 464-1111 |

**CASE NO.:**     **2-09-bk-11550-EWH**

**DEBTOR:**     **Davis, Patrick & Davis, Valnell**

Date Received:     8/2/2010

Time Received:     4:33 PM

Total Creditors:     **31**

The undersigned certifies that on Monday, August 02, 2010 at 8:10:36 PM, I served by prepaid first class mail a copy of:

**DISCLOSURE STATEMENT PLAN DATED: May 17, 2010**

**CLASS ONE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS TWO BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS THREE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS FOUR BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS FIVE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SEVEN BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS EIGHT BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**SELF ADDRESSED REPLY ENVELOPES**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on Monday, August 02, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**31** Parties) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump

Bankruptcy Mailing Service.com for

Kelly G. Black

Total 31 sets
                        (CLASS 1 ONE Ballot 8 parties)
                        (CLASS 2 TWO Ballot 8 parties)
                        (CLASS 8 EIGHT Ballot 8 parties)

INDYMAC BANK, F.S.B.
901 E. 104TH Street,
Building B, Suite 400/500
Kansas City, MO 64131

INDYMAC BANK, F.S.B.
155 North Lake Avenue
Pasadena, CA 91101

IndyMac Bank, F.S.B.
888 East Walnut Street
Pasadena, CA 91101-1857

IndyMac Federal Bank, F.S.B.
460 Sierra Madre Villa Ave, Suite 101,
Mailstop: HS 01-04
Pasadena, CA 91107

OneWest Bank, FSB  -
Terrence P. Laughlin CEO
888 East Walnut Street
Pasadena, CA 91101-7211

William G. Malcolm
Malcolm Cisneros
2112 Business Center Drive
Second Floor
Irvine, California 92612

OneWest Bank FSB
c/o McCarthy & Holthus, LLP
1770 Fourth Avenue
San Diego, CA 92101

Matthew A. Silverman
McCarthy Holthus Levine
3636 North Central Avenue, Suite 1050
Phoenix, AZ 85012

                        (CLASS 3 THREE Ballot 2 parties)
                        (CLASS 8 EIGHT Ballot 2 parties)

Consumer Solutions 3, LLC
c/o C T Corporation Systems, Inc.
100 South 5th Street #1075
Minneapolis, MN 55402

Page 1

Consumer Solutions 3, LLC
12700 Whitewater Drive
Minnetonka, MN 55343


                              (CLASS 4 FOUR Ballot 10 parties)
                              (CLASS 5 FOUR Ballot 10 parties)
                              (CLASS 8 EIGHT Ballot 10 parties)

Bank of America N.A.
21000 NW Evergreen Pkwy
Hillsboro, OR 97124


Bank of America N.A.
275 Valencia Avenue
Brea, CA 92823


Bank of America N.A.
PO Box 2334
Brea, CA 92822


Bank of America, N.A.
201 E. Washington Street
Phoenix, AZ 85035


Bank of America N.A.
10850 White Rock Rd. Ste 201
Rancho Cordova, CA 95670


Bank of America N.A.
c/o C T CORPORATION SYSTEM
2394 E CAMELBACK RD
PHOENIX,   AZ   85016


Bank of America, N.A.
Attn: Bankruptcy Dept
475 Crosspoint Parkway
Getzville, NY 14068-1609


BAC HOME LOAN SERVICING, L.P.
7105 Corporate Drive
Plano, TX 75024-4100


Bank of America
4161 Piedmont Pkwy
Greensboro, NC 27410-8119


Bank of America
Attn: Bankruptcy NC4-105-02-77
PO Box 26012
Greensboro, NC 27420-6012

(CLASS 6 SIX Ballot 3 parties)
(CLASS 8 EIGHT Ballot 3 parties)

Downey Savings and Loan Association, F.A.
3501 Jamboree Road
Newport Beach, CA 92660


Downey Savings and Loan Association, F.A.
PO Box 6060
Newport Beach, CA 92660


Downey Savings and Loan Association, F.A.
c/o Jeremy T. Bergstron, Esq.
Miles, Bauer, Bergstrom & Winters, LLP
2200 Paseo Verde Pkwy, Suite 250
Henderson, NV 89052


(CLASS 7 SEVEN Ballot 1 party)
(CLASS 8 EIGHT Ballot 1 party)

Arizona Department of Economic Security
c/o TODD SHERIDAN, Assistant Attorney General
Child Support Enforcement
1275 West Washington, Site Code 775C
Phoenix, Arizona 85007


(CLASS 8 EIGHT Ballot 7 parties)

Nationstar Mortgage
350 Highland Dr.
Lewisville, TX 75067-4177


AMERICAN INFOSOURCE LP AS AGENT FOR
FIA CARD SERVICES, NA/BANK OF AMERICA
PO Box 248809
Oklahoma City, OK 73124-8809


Bac / Fleet Bankcard
Po Box 26012
Greensboro NC 27420-6012


Bnkunted Fsb
4350 Sheridan St
Hollywood FL 33021-3556


Fia Csna
Po Box 26012
Nc4-105-02-77
Greensboro NC 27420-6012

2-09-bk-1l550 EWH Davis 8-2-2010 Provided mailing list (31 parties)

West Healthcare Receiv
101 Convention Center St
Las Vegas NV 89109-2001


West Healthcare Receivable Management, LLC
c/o West Asset Management, Inc.
P. O. Box 105698
Atlanta, GA 30348-5698