

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

_Eileen W. Hollowell, Bankruptcy Judge_

40 North Center Street, Suite 200
Mesa, Arizona  85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors and Debtors in Possession
By:     Kelly G. Black, No. 016376

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re:

PATRICK DAVIS,
VALNELL DAVIS,

    Debtors.

**No. 2:09-bk-11550-EWH**

**Order and Judgment on Application for Interim Payment and**

Assigned to:  Honorable Eileen W. Hollowell

Jackson White, P.C., a professional corporation (hereinafter "Applicant"), counsel for

Patrick Davis and Valnell Davis (hereinafter "Debtors-in-Possession"), having filed its

Application for Interim Payment and Compensation of Attorney Fees and Costs and for Order

and Judgment Thereon (Second Application) (hereinafter "Application") (Doc 166); no party

having timely objected to same; and for good cause shown:

    IT IS THEREFORE ORDERED granting Applicant's requests as follows:

    A.      Allowing and approving Applicant's fees for the Application Period totaling

$75,661.00, which will be paid in part from the pre-petition retainer currently held in Applicant's

trust account and the remainder by Debtor;

    B.      Allowing and approving reimbursement to Applicant of $2,463.64 in actual and

necessary expenses, which Applicant has incurred and paid during the Application Period in

connection with the rendering of such professional services, for a total award of $74,124.64; and

    C.      For a Judgment against Patrick Davis and Valnell Davis for a total award in the

sum of $74,124.64.

    SIGNED AND DATED ABOVE.

23061-001\403624.docx