## TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
David W. Cowles
State Bar No. 021034
Attorneys for Movant

12-06873

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Patrick Davis and Valnell Davis,<br>      Debtors.<br>_____<br>BankUnited, N.A. formerly known as BankUnited, FSB,<br><br>      Movant,<br>vs.<br><br>Patrick Davis and Valnell Davis, Debtors; Office of the U.S. Trustee, Trustee.<br><br>      Respondents. | No. 2:09-bk-11550-EWH<br><br>Chapter 11<br><br>NOTICE OF DEFAULT<br><br>RE: Real Property Located at<br>15628 East Thistle Drive<br>Fountain Hills, AZ 85268 |

     BankUnited, N.A. formerly known as BankUnited, FSB secured creditor, (hereinafter referred to as "Secured Creditor"), by its attorneys TIFFANY & BOSCO, P.A., hereby files this Notice of Default in the above-captioned case, and avers as follows:

1. An Order Confirming Debtors' Plan of Reorganization dated June 1, 2011 which provides for the lifting of the stay imposed by Section 362(a) of the U.S. Bankruptcy Code with respect to that certain Deed of Trust recorded in the records of the Maricopa County, Arizona Recorder's Office, which encumbers the following real property:

> LOT 36, BLOCK 2, FOUNTAIN HILLS ARIZONA FINAL PLAT NO. 602-D, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 166 OF MAPS, PAGE 34: EXCEPT OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL, STONE, METALS, MINERALS, FOSSILS AND FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM OR ANY OTHER . MATERIAL WHICH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE; AND EXCEPT ALL UNDERGROUND WATER, IN UNDER OR FLOWING THROUGH SAID LAND AND WATER RIGHTS APPURTENANT THERETO AS RESERVED IN DEED RECORDED IN DOCUMENT NO. 83-029328, RECORDS OF MARICOPA COUNTY, ARIZONA; AND EXCEPT ALL MINERALS RESERVED UNTO THE UNITED STATES OF AMERICA IN PATENT RECORDED IN DOCKET 1839, PAGE 426, RECORDS OF MARICOPA COUNTY, ARIZONA.

A Copy of said Order is attached hereto as Exhibit "A".

2. As of the date of this Notice of Default, the Debtors have not made the payments as required by the aforementioned Order. The Debtors are presently past due as follows:

| | |
|---|---:|
| 8 Monthly Payments at $2,772.58 | $22,180.64 |
| (October 1, 2011 - May 1, 2012) | |
| Attorneys Fees | $150.00 |
| Suspense Amount | ($1,405.50) |
| Total | $20,825.14 |

**PARTIAL TENDERS WILL NOT BE ACCEPTED**

3. Notice is hereby given to the Bankruptcy Court, Debtors, counsel for Debtors, and Trustee, that unless debtors' default under the terms of the Stipulation and Order Confirming Debtors' Plan of Reorganization is cured no later than the date in which this matter will be set for hearing that Movant will request the Court to grant an Order lifting the stay, in order to conduct a Trustee's Sale or

mortgage foreclosure, in its discretion, with respect to the above-described Deed of Trust.

DATED this 18th day of May, 2012.

TIFFANY & BOSCO, P.A.

By /s/ LJM # 014228
    Mark S. Bosco
    Leonard J. McDonald
    David W. Cowles
    2525 East Camelback Road
    Suite 300
    Phoenix, Arizona 850165
    Attorneys for Movant

*If the Debtor cures the default prior to the date of expiration this amount may be different.