ORDERED.

Dated: June 29, 2012



*Eileen W. Hollowell*
Eileen W. Hollowell, Bankruptcy Judge
_____

**JACKSONWHITE**
ATTORNEYS AT LAW
*A Professional Corporation*

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtors
By:    Kelly G. Black, No. 016376

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re:<br><br>PATRICK DAVIS,<br>VALNELL DAVIS,<br><br>  Debtors.<br><br>Points West Financial Group SPE, LLC,<br><br>  Movant,<br><br>vs.<br><br>Patrick Davis and Valnell Davis, Debtors; U.S. Trustee - Phoenix, Trustee.<br><br>  Respondents. | No. 2:09-bk-11550-EWH<br><br>**Stipulated Order for Surrender of Property, Lifting and Modifying the Automatic Stay, and Granting Related Relief**<br><br>Assigned to: Honorable Eileen W. Hollowell<br><br>RE: Real Property Located at<br>15628 East Thistle Drive<br>Fountain Hills, AZ 85268 |
|---|---|

On May 18, 2012, a Notice of Default (Doc 180) was filed in the name of BankUnited, N.A. formerly known as BankUnited, FSB. The Notice of Default related to a claim secured by a Deed of Trust between Valnell Davis and BankUnited, FSB, originally recorded on July 25, 2008 in Maricopa County at 2008-0648004 on the real property located at 15628 East Thistle Drive, Fountain Hills, Arizona 85628 and more fully described as follows:

> LOT 36, BLOCK 2, OF FOUNTAIN HILLS, ARIZONA, FINAL PLAT NO. 602-D, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 166 OF MAPS, PAGE 34.

Case 2:09-bk-11550-EWH    Doc 190    Filed 06/29/12    Entered 06/29/12 07:52:05    Desc
Main Document - Notice of Default    Page 1 of 4

Page 1

EXCEPT ALL MINERALS AS RESERVED UNTO THE UNITED STATES OF AMERICA IN PATENT OF SAID LAND RECORDED AS DOCKET 1839, PAGE 426, RECORDS OF MARICOPA COUNTY, ARIZONA.

EXCEPT ALL OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL, STONE, METALS, MINERALS, FOSSILS AND FERTILIZERS OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM, OR ANY OTHER MATERIAL WHICH IS OR MAYBE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS, WHETHER OR NOT OF COMMERCIAL VALUE.

EXCEPT ALL UNDERGROUND WATER, IN, UNDER OR FLOWING THROUGH SAID LAND AND WATER RIGHTS APPURTENANT THERETO

and alternatively described as follows:

LOT 36, BLOCK 2, FOUNTAIN HILLS ARIZONA FINAL PLAT NO. 602-D, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 166 OF MAPS, PAGE 34: EXCEPT OIL, GASES AND OTHER HYDROCARBON SUBSTANCES, COAL, STONE, METALS, MINERALS, FOSSILS AND FERTILIZER OF EVERY NAME AND DESCRIPTION, TOGETHER WITH ALL URANIUM, THORIUM OR ANY OTHER . MATERIAL WHICH IS OR MAY BE DETERMINED TO BE PECULIARLY ESSENTIAL TO THE PRODUCTION OF FISSIONABLE MATERIALS WHETHER OR NOT OF COMMERCIAL VALUE; AND EXCEPT ALL UNDERGROUND WATER, IN UNDER OR FLOWING THROUGH SAID LAND AND WATER RIGHTS APPURTENANT THERETO AS RESERVED IN DEED RECORDED IN DOCUMENT NO. 83-029328, RECORDS OF MARICOPA COUNTY, ARIZONA; AND EXCEPT ALL MINERALS RESERVED UNTO THE UNITED STATES OF AMERICA IN PATENT RECORDED IN DOCKET 1839, PAGE 426, RECORDS OF MARICOPA COUNTY, ARIZONA.

(the "Property"). By assignments recorded at 2009-1187671 and 2012-0255412, the Deed of Trust is now held by Points West Financial Group SPE, LLC. The Deed of Trust and the obligations secured by it are affected by the terms of the Order Confirming Plan of Reorganization (Doc 164) recorded at 2011-0556589.

On June 5, 2012, a Notice of Errata (Doc 185) was filed, advising that the Notice of Default should have been filed in the name of Points West Financial Group SPE, LLC ("Points West"), and attaching revised versions of the Notice of Default and its associated documents.

The original and revised Notice of Default identified an alleged default and stated that, if the default was not cured, "Movant will request the Court to grant an Order lifting the stay, in order to conduct a Trustee's Sale." (Docs 180, 185.)

At hearings conducted in this matter, Debtors and Points West were unable to reach agreement on the amount which would be required to cure the default. (Docs 186, 187.) A

Case 2:09-bk-11550-EWH    Doc 190    Filed 06/29/12    Entered 06/29/12 07:52:05    Desc
Main Document - Notice of Default    Page 2 of 4

Page 2

continued hearing has been set for July 17, 2012 to determine whether the parties have resolved the cure amount or to set an evidentiary hearing to determine the cure amount. Points West has scheduled a continued Trustee's Sale for July 19, 2012 at 10:00 a.m.

On Stipulation of Debtors and Points West, and for good cause shown,

IT IS ORDERED resolving the above-described matter on the terms stated below:

1. The hearing set for July 17, 2012 at 9:00 a.m. is hereby vacated;

2. Entry of this Stipulated Order shall operate to convey title to the Property to Points West Financial Group SPE, LLC or its nominee effective August 18, 2012 at 10:00 a.m.

3. The Automatic Stay shall be extinguished for all purposes as to Points West its assignees and/or successors in interest with respect to the Property effective August 18, 2012 at 10:00 a.m.

4. If Debtors and their resident(s) have vacated the Property and surrendered keys to counsel for Points West by August 18, 2012 at 10:00 a.m., Points West shall pay Debtors $1,500.00. If the Debtors and their resident(s) do not vacate the Property by August 18, 2012 at 10:00 a.m., the Debtors agree that they and their resident(s) will vacate the Property no later than August 30, 2012 at 10:00 a.m, without compensation.

5. Except as expressly stated herein, the balance of any claim owing in connection with the claim secured by the Deed of Trust, Plan of Reorganization, Notice of Default, or otherwise owing between Debtor and Points West shall be discharged pursuant to 11 U.S.C. § 1141(d)(5) effective August 18, 2012 at 10:00 a.m.

6. Upon entry of this Stipulated Order, the automatic stay is modified to allow Points West, at its election:

   a. to proceed with the Trustee's Sale scheduled for the Property on July 19, 2012 at 10:00 a.m., or on such other dates to which the sale may be continued;

   b. to execute, deliver and record a Trustee's Deed of the Property; and

   c. to perform all other acts necessary to convey title to the purchaser at the Trustee's Sale.

Case 2:09-bk-11550-EWH    Doc 190    Filed 06/29/12    Entered 06/29/12 07:52:05    Desc
Main Document - Notice of Default    Page 3 of 4

Page 3

1 | If Points West elects to proceed under this Paragraph 6, the Trustee's Deed and all other acts
2 | taken hereunder shall become effective as against Debtors on August 18, 2012 at 10:00 a.m.

3. 7. This Stipulated Order shall be binding in any conversion of the subject
bankruptcy proceeding.

8. This Stipulated Order may be recorded by either party hereto.

SIGNED AND DATED ABOVE.

Form of Order Approved:

JACKSON WHITE, P.C.

Kelly G. Black
Attorneys for Debtors
By: Kelly G. Black, No. 016376

TIFFANY & BOSCO, P.A.

J. Daryl Dorsey
Attorneys for Points West
By: J. Daryl Dorsey

23061-002\510197.DOCX